UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE:  CASE NO. 14-10776

CEDRICK DONNELLE HALL

DEBTOR  CHAPTER 13

**APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS**

There having been a dividend check in the above captioned case issued to Cedrick Donnelle Hall in the amount of $1,885.86, and said check having not been cashed by said payee, the trustee pursuant to 28 U.S.C. 2041 deposited this unclaimed money with the Clerk of the United States Bankruptcy Court.

Application is hereby made for the Clerk of the United States Bankruptcy Court with certificate of service showing that the United States Attorney has been notified to pay this unclaimed money to the rightful payee, Cedrick Donnelle Hall, P.O. Box 1371, Baton Rouge, Louisiana 70821.

Date: <u>December 27, 2016</u>

Respectfully submitted,

<u>/s/ Cedrick Donnelle Hall</u>
Cedrick Donnelle Hall, Debtor
P. O. Box 1371
Baton Rouge, LA 70821

<u>/s/ J. David Andress</u>
J. David Andress # 27944
172 Lee Dr., Suite 4A
Baton Rouge, LA 70808
225.771.8220
Attorney for the Debtor